*927 490 U. S. 1080;
490 U. S. 1106;
490 U. S. 1066;
490 U. S. 1067;
490 U. S. 1082;
489 U. S. 1071;
490 U. S. 638;
489 U. S. 1072;
490 U. S. 1070;
490 U. S. 1070;
490 U. S. 1075;
490 U. S. 1070;
*928 No. 88-6785.
No. 88-6804.
No. 88-6810.
No. 88-6826.
No. 88-6886.
No. 88-6932.
No. 88-6962.
No. 88-6988.
No. 88-7004.
No. 88-7015.
No. 88-7016.
No. 88-7068.
490 U. S. 1070;
490 U. S. 1085;
490 U. S. 1075;
490 U. S. 1064;
490 U. S. 1072;
490 U. S. 1083;
490 U. S. 1092;
490 U. S. 1093;
490 U. S. 1074;
490 U. S. 1100;
490 U. S. 1097; and
490 U. S. 1084. Petitions for rehearing denied.